1 Angela Hebberd (SBN 300114)
   ahebberd@duanemorris.com
2 **DUANE MORRIS LLP**
   865 South Figueroa Street, Suite 3100
3 Los Angeles, CA  90017-5450
   Telephone: +1 213.689.7400
4 Facsimile: +1 213.689.7401

5 Alvin D. Lodish, P.A. (admitted *pro hac vice*)
   alodish@duanemorris.com
6 **DUANE MORRIS LLP**
   200 South Biscayne Boulevard, Suite 3400
7 Miami, FL 33131-2318
   Telephone: +1 305.960.2239
8 Facsimile: +1 305.397.1863

9 Attorneys for Plaintiff
   DONGGUAN FUMEIKANG ELECTRICAL
10 TECHNOLOGY CO., LTD.

11

12 **IN THE UNITED STATES DISTRICT COURT**

13 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  DONGGUAN FUMEIKANG ELECTRICAL TECHNOLOGY CO., LTD., a Chinese company, | Case No.:  2:17-cv-4002-DMG-GJS |
| 17            Plaintiff, | **NOTICE OF SETTLEMENT** |
| 18     v. | |
| 19  ISO BEAUTY, INC., a California corporation; ALON PELED, an individual; ISO HOLDINGS, LLC, a California Limited Liability Company; ISO CABRITO HOLDINGS, LLC, a California Limited Liability Company, | |
| 22            Defendants. | |

24     TO THE HONORABLE COURT:

25     In accordance with Local Rule 40–2, Plaintiff DONGGUAN FUMEIKANG

26 ELECTRICAL TECHNOLOGY CO., LTD, by and through its counsel of record,

27 hereby submits this Notice of Settlement to notify the Court that the above-entitled

28

action has settled, and the settlement documents will be filed within 7 days and a stipulation for dismissal within 30 days.

Dated: January 17, 2018

**DUANE MORRIS LLP**

By: /s/ *Angela Hebberd*
Angela Hebberd
Alvin D. Lodish, P.A. (admitted *pro hac vice*)

Attorneys for Plaintiff
DONGGUAN FUMEIKANG ELECTRICAL TECHNOLOGY CO., LTD.