Angela Hebberd (SBN 300114)
ahebberd@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213.689.7400
Facsimile: +1 213.689.7401

Alvin D. Lodish, P.A. (admitted *pro hac vice*)
alodish@duanemorris.com
**DUANE MORRIS LLP**
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131-2318
Telephone: +1 305.960.2239
Facsimile: +1 305.397.1863

Attorneys for Plaintiff
DONGGUAN FUMEIKANG ELECTRICAL TECHNOLOGY CO., LTD.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGGUAN FUMEIKANG ELECTRICAL TECHNOLOGY CO., LTD., a Chinese company,<br><br>Plaintiff,<br><br>v.<br><br>ISO BEAUTY, INC., a California corporation; ALON PELED, an individual; ISO HOLDINGS, LLC, a California Limited Liability Company; ISO CABRITO HOLDINGS, LLC, a California Limited Liability Company,<br><br>Defendants. | Case No.: 2:17-cv-4002-DMG-GJS<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO AND PORTIONS OF PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND ENTRY OF STIPULATED JUDGMENT** |

DM1\8405153.2 M2051/00005

1

DONGGUAN FUMEIKANG ELECTRICAL TECHNOLOGY CO., LTD.'S APPLICATION TO FILE UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES

**TO THE HONORABLE COURT AND ALL PARTIES:**

Pursuant to Local Rule 79-5.2.2, Plaintiff Dongguan Fumeikang Electrical Technology Co., Ltd. ("FMK") respectfully submits this application for leave to file under seal the following documents:

1. Exhibit A to the Declaration of Angela Hebberd in Support of FMK's Motion to Enforce Settlement and Entry of Stipulated Judgment Against Defendants. This exhibit contains the Confidential Settlement Agreement and Mutual Release ("Settlement Agreement") executed by all parties to this action.

2. The Memorandum of Points and Authorities ("MPA") in Support of FMK's Motion to Enforce Settlement and Entry of Stipulated Judgment Against Defendants. This MPA contains confidential terms of the Settlement Agreement.

3. Exhibit C to the Declaration of Angela Hebberd in Support of FMK's Motion to Enforce Settlement and Entry of Stipulated Judgment Against Defendants. This exhibit contains emails exchanged between Plaintiff's and Defendants' counsel in which counsel discussed confidential terms of the Settlement Agreement, and Defendants' counsel agreed to the content of the Settlement Agreement and Stipulation for Entry of Judgment and Judgment.

The above-referenced documents contain confidential information concerning the Settlement Agreement. Due to the confidentiality provision and sensitive nature of the Settlement Agreement, Plaintiff hereby requests that the Court grant this application to file the above-referenced documents under seal.

///
///
///
///
///
///
///

DM1\8405153.2 M2051/00005

2

DONGGUAN FUMEIKANG ELECTRICAL TECHNOLOGY CO., LTD.'S APPLICATION TO FILE UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES

1  This application is based upon the attached Memorandum of Points and
2  Authorities, the pleadings and files in this action, the Declaration of Angela Hebberd
3  in Support of Application for Leave to File Under Seal, and on such other evidence as
4  may be presented to the Court.

6  Dated: February 2, 2018    **DUANE MORRIS** LLP

8  By: /s/ *Angela Hebberd*
   Angela Hebberd
   Alvin D. Lodish, P.A. (admitted *pro hac vice*)

10  Attorneys for Plaintiff
    DONGGUAN FUMEIKANG
11  ELECTRICAL TECHNOLOGY CO., LTD.

DM1\8405153.2 M2051/00005

3

DONGGUAN FUMEIKANG ELECTRICAL TECHNOLOGY CO., LTD.'S APPLICATION TO FILE UNDER SEAL;
MEMORANDUM OF POINTS AND AUTHORITIES

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 79-5.2.2, FMK respectfully submits this application for leave to file under seal the following documents:

4. Exhibit A to the Declaration of Angela Hebberd in Support of FMK's Motion to Enforce Settlement and Entry of Stipulated Judgment Against Defendants. This exhibit contains the Confidential Settlement Agreement and Mutual Release ("Settlement Agreement") executed by all parties to this action. A true and correct <u>redacted</u> copy of this exhibit is attached hereto as **Exhibit A**.

5. The Memorandum of Points and Authorities ("MPA") in Support of FMK's Motion to Enforce Settlement and Entry of Stipulated Judgment Against Defendants. This MPA contains confidential terms of the Settlement Agreement. A true and correct <u>redacted</u> copy of this MPA is attached hereto as **Exhibit B.**

6. Exhibit C to the Declaration of Angela Hebberd in Support of FMK's Motion to Enforce Settlement and Entry of Stipulated Judgment Against Defendants. This exhibit contains emails exchanged between Plaintiff's and Defendants' counsel in which counsel discussed confidential terms of the Settlement Agreement, and Defendants' counsel agreed to the content of the Settlement Agreement and Stipulation for Entry of Judgment and Judgment. A true and correct <u>redacted</u> copy of this exhibit is attached hereto as **Exhibit C**.

FMK wishes to file the above-referenced documents under seal in support of its Motion to Enforce Settlement and Entry of Stipulated Judgment Against Defendants ISO Beauty, Inc., Alon Peled, ISO Holdings LLC, and ISO Cabrito Holdings LLC.

Local Rule 79-5 requires Court approval to file under seal, upon a showing of compelling reasons to justify sealing. Compelling reasons exist here.

I. **LEGAL STANDARD**

Historically, courts have recognized a general right to inspect and copy public records and documents, including judicial records and documents. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978). A party seeking to seal judicial

DM1\8405153.2 M2051/00005

4

DONGGUAN FUMEIKANG ELECTRICAL TECHNOLOGY CO., LTD.'S APPLICATION TO FILE UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES

records bears the burden of overcoming this strong presumption by meeting the "compelling reasons" standard. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). That is, when a party seeks to maintain the secrecy of documents attached to dispositive motions, the party must "articulate[ ] compelling reasons supported by specific factual findings" that outweigh the general history of access the public policies favoring disclosure. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179–80 (9th Cir. 2006). In turn, the court must "conscientiously balance[ ] the competing interests" of the public and the party who seeks to keep certain judicial records secret. *Id.*

In general, "compelling reasons" sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such "court files might have become a vehicle for improper purposes," such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Kamakana*, 447 F.3d at 1179 (*quoting Nixon*, 435 U.S. at 598). Thus, the "common law right of access . . . is not absolute and can be overridden given sufficiently compelling reasons for doing so." *Foltz*, 331 F.3d at 1135 (discussing factors relevant to "compelling reasons" standard).

## II. COMPELLING REASONS EXIST TO JUSTIFY LEAVE TO FILE UNDER SEAL

The Court should permit FMK to file the above-referenced documents under seal because pursuant to FMK and Defendants' Settlement Agreement, the contents and terms of this Settlement Agreement are marked confidential to protect from disclosure to FMK's competitors or other debtors of FMK. If competitors or other debtors were to find out the terms of the Settlement Agreement, they may use the information for improper purposes including getting an unfair advantage or leverage over FMK. If such happens, FMK will be severely prejudiced and/or irreparably harmed. Thus, the parties have agreed to preserve the confidentiality of the Settlement Agreement.

### III. CONCLUSION

Based on the foregoing, FMK respectfully requests that the Court issue an order granting FMK leave to file the above-referenced documents under seal.

Dated: February 2, 2018              **DUANE MORRIS LLP**

By: /s/ *Angela Hebberd*
Angela Hebberd
Alvin D. Lodish, P.A. (admitted *pro hac vice*)

Attorneys for Plaintiff
DONGGUAN FUMEIKANG ELECTRICAL TECHNOLOGY CO., LTD.

DM1\8405153.2 M2051/00005                6

DONGGUAN FUMEIKANG ELECTRICAL TECHNOLOGY CO., LTD.'S APPLICATION TO FILE UNDER SEAL;
MEMORANDUM OF POINTS AND AUTHORITIES